## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RIORDAN PROPERTIES, LLC, a**
**Nevada limited liability company,**
**John E. Riordan, sole manager**                                              **PLAINTIFF**

**v.**                                 **Case No. 4:14-cv-00624-KGB**

**PRIMARY RESIDENTIAL MORTGAGE, INC. and**
**NATIONSTAR MORTGAGE, LLC**                                              **DEFENDANTS**

_____

**PRIMARY RESIDENTIAL MORTGAGE, INC. and**
**NATIONSTAR MORTGAGE, LLC**                        **THIRD-PARTY PLAINTIFFS**

**v.**

**MATTHEW RIORDAN, RIORDAN PROPERTIES, LLC**
**an Arkansas limited liability company; and**
**MICHAEL MUSKHELI**                                     **THIRD-PARTY DEFENDANTS**

## ORDER

Plaintiff and defendants filed a joint motion for partial dismissal of claims, requesting the dismissal with prejudice of plaintiff's claims against defendants and defendants' counterclaims against plaintiff, with defendants' third-party complaint to remain pending (Dkt. No. 25). Defendants subsequently filed a motion to dismiss voluntarily and with prejudice their third-party complaint (Dkt. No. 27).

For good cause show, the Court grants the motions to dismiss (Dkt. Nos. 25, 27). The Court dismisses with prejudice plaintiff's claims against defendants, defendants' counterclaims against plaintiff, and defendants' third-party complaint.

SO ORDERED this 31st day of August, 2015.

_____
Kristine G. Baker
United States District Judge